IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MEGAN REUST, on behalf of herself and others similarly situated,** ) ) ) | Case No. 1:20-cv-1548 |
| Plaintiff, ) ) ) | Judge Pamela A. Barker |
| vs. ) ) ) | |
| **MIDWEST MEDICAL TRANSPORT COMPANY, LLC,** ) ) ) ) | **JOINT MOTION FOR APPROVAL OF COLLECTIVE ACTION FLSA SETTLEMENT** |
| Defendant. | |

Representative Plaintiff Megan Reust ("Plaintiff") and Defendant Midwest Medical Transport Company, LLC (collectively, the "Parties") respectfully move this Court for an Order approving their Fair Labor Standards Act ("FLSA") collective action settlement. The settlement was reached by experienced wage and hour counsel after arms-length, good faith settlement negotiations.

The following documents are submitted for the Court's approval:

**Exhibit 1**:   Collective Action Settlement Agreement and Release (the "Agreement");

**Exhibit 2**:   Proposed Notice of Settlement and Claim Form;

**Exhibit 3**:   Declaration of Jeffrey J. Moyle; and

**Exhibit 4**:   Proposed Order Granting Joint Motion for Approval of Collective Action Settlement and Dismissal with Prejudice.

For the reasons set forth in the attached Memorandum in Support, the Parties respectfully request that this Honorable Court approve the FLSA settlement reached by the Parties, authorize the Parties to send notice of the settlement to the collective, and dismiss this case with prejudice.

Respectfully Submitted,

| | |
|---|---|
| */s/ Jeffrey J. Moyle*_____<br>Jeffrey J. Moyle (0084854)<br>NILGES DRAHER LLC<br>1360 E. 9th Street, Suite 808<br>Cleveland, OH 44114<br>(330) 470-4428 – Telephone<br>(330) 754-1430 – Facsimile<br>jmoyle@ohlaborlaw.com<br><br>Hans A. Nilges (0076017)<br>Shannon M. Draher (0074304)<br>NILGES DRAHER LLC<br>7266 Portage St., N.W., Suite D<br>Massillon, Ohio 44646<br>(330) 470-4428 – Telephone<br>(330) 754-1430 – Facsimile<br>hans@ohlaborlaw.com<br>sdraher@ohlaborlaw.com<br><br>*Counsel for Plaintiff* | */s/ Russell Rendall (with permission)*<br>Jeffrey C. Miller (0068882)<br>Russell Rendall (0089901)<br>Brennan, Manna & Diamond, LLC<br>200 Public Square, Suite 3270<br>Cleveland, Ohio 44114<br>Phone: (216) 658-2155<br>Fax: (216) 658-2156<br>jcmiller@bmdllc.com<br>rtrendall@bmdllc.com<br><br>*Counsel for Defendant* |